# United States Bankruptcy Court
## Southern District of West Virginia

In re  **Jett's Construction, LLC**

Debtor(s)

Case No.

Chapter  **7**

## DECLARATION RE: ELECTRONIC FILING
## AND STATEMENT OF SOCIAL SECURITY NUMBER(S)

### PART I - DECLARATION OF PETITIONER(S):

      I [We]  **Robert Jett, Jr.**      , the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I have given or will give my attorney and the information provided in the electronically filed petition, statements and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules and any future amendments of these documents to the United States Bankruptcy Court, United States Trustee and Panel Trustee. I understand that this *Declaration Re: Electronic Filing and Statement of Social Security Number(s)* is to be filed with the Clerk after the petition has been filed electronically but, in any event, no later than five (5) business days after the petition has been filed.

      I [We] hereby designate my attorney, whose signature, name, address, West Virginia State Bar No., telephone and fax numbers are set forth below, as my agent to receive service of process and service of all pleadings in all proceedings, including adversary actions and contested matters, pursuant to Bankruptcy Rule 7004(b)(8), in this Court arising in this case. This designation shall expire upon entry of the final decree.

      [If petitioner is an individual and has chosen to file under chapter 7, 11, 12 or 13] I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter **7**. I request relief in accordance with the chapter specified in the petition.

      [If petitioner is an individual]

_____ (Name of debtor):
(Check the appropriate box and, if applicable, provide the required information.)
☐  has a Social Security Number and it is: _____ (if more than one, state all.)
☐    does NOT have a Social Security Number.

_____ (Name of joint debtor):
(Check the appropriate box and, if applicable, provide the required information.)
☐  has a Social Security Number and it is: _____ (if more than one, state all.)
☐    does NOT have a Social Security Number.

Signed: _____    8-5-24
(Debtor)                           (Date)

Signed: _____
(Joint Debtor)                          (Date)

      [If petitioner is a corporation, partnership, or limited liability entity] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Signed: _____
      **Robert Jett, Jr.**                         (Date)
      (Authorized Corporate Officer, Partner, or Member)

PART II - DECLARATION OF ATTORNEY:

I declare under penalty of perjury that I have reviewed the above debtor's[s'] petition, schedules, and statements and certify that the information is complete and correct to the best of my ability and as I have been informed by the debtor(s).  The debtor(s) reviewed these schedules and signed the Declaration Re: Electronic Filing and Statement of Social Security Number(s) before I submitted the petition, schedules and statements for filing. I will give the debtor(s) a copy of all pleadings and information to be filed with, or received from, the United States Bankruptcy Court, and have complied with all other requirements in General Order 03-01, the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means*, or subsequent amendments to the Administrative Procedures, and this Court's Local Rules. If this is an individual, I have informed the petitioner(s) that he and/or she may proceed under chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. This declaration is based upon all information of which I have knowledge.

Dated: 8/5/2024            Signed:

**Emmett Pepper**
Attorney for Debtor(s), WV State Bar # **12051 WV**
**8 Hale St**
**Charleston, WV 25301**
**304-346-0361**
**304-346-1054**
ryand@peppernason.com

**(FILE ORIGINAL WITH COURT - DO NOT FILE ELECTRONICALLY)**

**United States Bankruptcy Court**
**Southern District of West Virginia**

In re   <u>Jett's Construction, LLC</u>                                         Case No.   _____
                                                        Debtor(s)      Chapter      <u>11</u>

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Robert Jett, Jr.**, declare under penalty of perjury that I am the **Manager** of **Jett's Construction, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the ___ day of _____, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert Jett, Jr.**, **Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Robert Jett, Jr.**, **Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert Jett, Jr.**, **Manager** of this Corporation is authorized and directed to employ **Emmett Pepper**, attorney and the law firm of **Pepper and Nason** to represent the corporation in such bankruptcy case."

Date  <u>8-5-24</u>                                Signed  _____
                                                               Robert Jett, Jr.

Resolution of Board of Directors
of
**Jett's Construction, LLC**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert Jett, Jr.**, **Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Robert Jett, Jr.**, **Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert Jett, Jr.**, **Manager** of this Corporation is authorized and directed to employ **Emmett Pepper**, attorney and the law firm of **Pepper and Nason** to represent the corporation in such bankruptcy case.

Date  8-5-24                        Signed _____

Date _____       Signed _____

## United States Bankruptcy Court
### Southern District of West Virginia

In re  **Jett's Construction, LLC**
_____
                                    Debtor(s)

Case No. _____
Chapter  **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Jett's Construction, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


8/5/2024
_____
Date

_____
**Emmett Pepper**
Signature of Attorney or Litigant
Counsel for   **Jett's Construction, LLC**
**Pepper and Nason**
**8 Hale St**
**Charleston, WV 25301**
**304-346-0361 Fax: 304-346-1054**
**ryand@peppernason.com**

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Jett's Construction, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Jett's Wood Products**<br>**DBA  Jett's Feed & Hardware** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **83-2449870** |

4. **Debtor's address**

**Principal place of business**

**3422 Amma Road**
**Amma, WV 25005**
Number, Street, City, State & ZIP Code

**Roane**
County

**Mailing address, if different from principal place of business**

**1549 Grannies Crk**
**Newton, WV 25266**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)** _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Jett's Construction, LLC**                                                Case number *(if known)*
_____
Name

7.  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

8.  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor    **Jett's Construction, LLC** _____    Case number (if known) _____
       Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

         Contact name _____

         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    .

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,000 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Jett's Construction, LLC**
Name                                                                    Case number *(if known)*

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Jett's Construction, LLC**                                    Case number (*if known*)
          Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8-5-24
              MM / DD / YYYY

X _____          **Robert Jett, Jr.**
Signature of authorized representative of debtor      Printed name

Title   **Manager**

**18. Signature of attorney**

X _____          Date 08/05/2024
Signature of attorney for debtor                           MM / DD / YYYY

**Emmett Pepper**
Printed name

**Pepper and Nason**
Firm name

**8 Hale St**
**Charleston, WV 25301**
Number, Street, City, State & ZIP Code

Contact phone   **304-346-0361**     Email address   **ryand@peppernason.com**

**12051 WV**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Jett's Construction, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-5-24          X _____
                            Signature of individual signing on behalf of debtor

                            **Robert Jett, Jr.**
                            Printed name

                            **Manager**
                            Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Jett's Construction, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

   3.1.  **Poca Valley Bank** _____   **Checking** _____   _____          $4.27

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $4.27

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

Debtor   **Jett's Construction, LLC**                          Case number *(If known)* _____
          Name

---

**Part 5:**      **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**      **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**      **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**      **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Reel trailer (owned outright)** | $0.00 | | $1,500.00 |
| 47.2.   **2014 1500 Silverado (owned outright)** | $0.00 | | $4,500.00 |
| 47.3.   **2001 Freightliner Brown Tractor Truck** | $0.00 | | $38,000.00 |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Skidsteer** | $0.00 | | $9,210.96 |
| **Kubota KX040-4R3T Excavator W/RUB TKS/AC<br>CAB/6** | $0.00 | | $60,000.00 |
| **Kubota SVL97-2HFC Skidsteer** | $0.00 | | $69,000.00 |

---

Debtor   **Jett's Construction, LLC**                                    Case number *(If known)* _____
_____   Name

| | | |
|---|---|---|
| **Land Pride AP-PFL5648 Forks** | $0.00 | $350.00 |
| **Land Pride AP-SG3074 Grapple** | $0.00 | $800.00 |
| **Kubota KX080-452R3A Excavator W/RUB TKS/AIR CAB** | $0.00 | $75,000.00 |
| **Kubota K7405A Hydraulic Thumb** | $0.00 | $300.00 |
| **Kubota K7429 36" Bucket** | $0.00 | $800.00 |
| **Kubota K7402A Quick Coupler** | $0.00 | $700.00 |
| **Kubota K7427 24" Bucket** | $0.00 | $500.00 |
| **JT1220 Ditch Witch directional drill** | $0.00 | $18,000.00 |
| **2006 GTH-1048 Genie Telehandler** | $0.00 | $25,000.00 |
| **2003 36HTD25 Sawmill Timber Harvester Bandmill** | $0.00 | $60,000.00 |
| **2011 0011 Sawmill Frick** | $0.00 | $45,000.00 |

51.     **Total of Part 8.**

        Add lines 47 through 50.  Copy the total to line 87.                        | $408,660.96 |

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

        ■ No.  Go to Part 10.
        ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

        ■ No.  Go to Part 11.
        ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

Debtor    **Jett's Construction, LLC**                                    Case number *(If known)* _____
                      Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes Fill in the information below.

                                                                          **Current value of**
                                                                          **debtor's interest**

71.    **Notes receivable**
        Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit**
        **has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**
        **every nature, including counterclaims of the debtor and rights to**
        **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

        **Possible insurance refund**                                          $700.00

78.    **Total of Part 11.**                                                   $700.00
        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

Debtor    __**Jett's Construction, LLC**_____    Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $408,660.96 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $700.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $409,365.23 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $409,365.23 |

---

**Fill in this information to identify the case:**

Debtor name    **Jett's Construction, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | **Auto Now Acceptance Co. LLC**<br><sub>Creditor's Name</sub> | Describe debtor's property that is subject to a lien<br>**2001 Freightliner Brown Tractor Truck** | $44,000.00 | $38,000.00 |
|---|---|---|---|---|

**dba Glockner Finance**
**PO Box 1308**
**Portsmouth, OH 45662**
<sub>Creditor's mailing address</sub>

Describe the lien

_____

<sub>Creditor's email address, if known</sub>

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Balboa Capital Corporation**<br><sub>Creditor's Name</sub> | Describe debtor's property that is subject to a lien<br>**2006 GTH-1048 Genie Telehandler** | $37,064.44 | $25,000.00 |
|---|---|---|---|---|

**575 Anton Blvd 12th Floor**
**Costa Mesa, CA 92626**
<sub>Creditor's mailing address</sub>

Describe the lien

_____

<sub>Creditor's email address, if known</sub>

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**6/2023**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **Jett's Construction, LLC**
_____
Name                                                                Case number (if known) _____

| | |
|---|---|
| ■ No | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **Balboa Capital Corporation** | Describe debtor's property that is subject to a lien | $63,096.34 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**575 Anton Blvd 12th Floor
Costa Mesa, CA 92626**

Creditor's mailing address

**2003 36HTD25 Sawmill Timber Harvester Bandmill**

Describe the lien
_____

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Balboa Capital Corporation** | Describe debtor's property that is subject to a lien | $48,457.85 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**575 Anton Blvd 12th Floor
Costa Mesa, CA 92626**

Creditor's mailing address

**2011 0011 Sawmill Frick**

Describe the lien
_____

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Kubota Credit Corporation, U.S.A.** | Describe debtor's property that is subject to a lien | $71,946.01 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 0559
Carol Stream, IL
60132-0559**

Creditor's mailing address

**Kubota KX040-4R3T Excavator W/RUB TKS/AC CAB/6**

Describe the lien
_____

Is the creditor an insider or related party?

■ No

---

Debtor    **Jett's Construction, LLC**
      Name

Case number (if known) _____

---

Creditor's email address, if known

**Date debt was incurred**
9/2023
**Last 4 digits of account number**
5912

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Kubota Credit Corporation, U.S.A.** | | |
|---|---|---|---|

Creditor's Name

PO Box 0559
Carol Stream, IL
60132-0559

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/2023
**Last 4 digits of account number**
8964

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Kubota SVL97-2HFC Skidsteer, Land Pride AP-PFL5648 forks,and Land Pride AP-SG3074 Grapple**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$87,922.63    $69,000.00

---

| 2.7 | **Kubota Credit Corporation, U.S.A.** | | |
|---|---|---|---|

Creditor's Name

PO Box 0559
Carol Stream, IL
60132-0559

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Kubota KX080-452R3A Excavator W/RUB TKS/AIR CAB, Kubota K7405A Hydraulic Thumb, Kubota K7429 36" Bucket, Kubota K7402A Quick Coupler, and Kubota K7427 24" Bucket**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$139,425.14    $75,000.00

---

Debtor    **Jett's Construction, LLC**
_____    Case number (if known) _____
        Name

- [■] No
- [ ] Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.8 | **Poca Valley Bank** | | | | $12,992.67 | $18,000.00 |
|---|---|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**JT1220 Ditch Witch directional drill**

**1 Black Walnut Avenue
Spencer, WV 25276**

Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
- [■] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [■] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Do multiple creditors have an
interest in the same property?
- [■] No
- [ ] Yes. Specify each creditor,
  including this creditor and its relative
  priority.

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $504,905.08 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Salisan Lee LLP**<br>**550 South Hope St.**<br>**Ste. 750**<br>**Los Angeles, CA 90071-2627** | Line  **2.2** | |
| **Salisan Lee LLP**<br>**550 South Hope St.**<br>**Ste. 750**<br>**Los Angeles, CA 90071-2627** | Line  **2.3** | |
| **Salisan Lee LLP**<br>**550 South Hope St.**<br>**Ste. 750**<br>**Los Angeles, CA 90071-2627** | Line  **2.4** | |

**Fill in this information to identify the case:**

Debtor name    **Jett's Construction, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $423.47 | $423.47 |

**2.1**   Priority creditor's name and mailing address

**Roane County Sheriff's
Department
200 Main Street
Spencer, WV 25276**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Property Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

                                                                                        Amount of claim

**3.1**   Nonpriority creditor's name and mailing address                                      $31.79

**Adobe Systems Inc
345 Park Ave
San Jose, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**3.2**   Nonpriority creditor's name and mailing address                                      $160.00

**AEP
PO Box 2021
Roanoke, VA 24022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility (Amma property)**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Jett's Construction, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3**

Nonpriority creditor's name and mailing address
**AEP**
**PO Box 2021**
**Roanoke, VA 24022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility (Grannies Creek garage)**

Is the claim subject to offset?  ☐ No  ☐ Yes

**$25.00**

---

**3.4**

Nonpriority creditor's name and mailing address
**Clay Roane PSD**
**1100 Elkhurst Rd**
**Procious, WV 25164**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset?  ☐ No  ☐ Yes

**$50.00**

---

**3.5**

Nonpriority creditor's name and mailing address
**First Insurance**
**400 Skokie Blvd Ste 1000**
**Northbrook, IL 60062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset?  ☐ No  ☐ Yes

**$1,271.00**

---

**3.6**

Nonpriority creditor's name and mailing address
**Frontier**
**PO Box 20550**
**Rochester, NY 14602-0550**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$242.20**

---

**3.7**

Nonpriority creditor's name and mailing address
**Intuit Payment Solutions**
**1835A South Centre City Pkwy Ste 402**
**Escondido, CA 92025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$223.02**

---

**3.8**

Nonpriority creditor's name and mailing address
**JA Health Insurance Services**
**180 Grand Avenue, Suite 1530**
**Oakland, CA 94612**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$218.74**

---

**3.9**

Nonpriority creditor's name and mailing address
**Leaf**
**1720A Crete Street**
**Moberly, MO 65270**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deficiency owed on repoed Sany SW305 Wheel Loader**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$75,000.00**

---

Debtor   **Jett's Construction, LLC**                                      Case number (if known) _____
     Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,087.00 |
|---|---|---|---|

**Liberty Mutual**
PO Box 9502
Dover, NH 03821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Mountaineer Gas Company**
PO Box 5656
Charleston, WV 25361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445,443.33 |
|---|---|---|---|

**Poca Valley Bank**
5087 Elk River Road
Elkview, WV 25071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan secured by property of another corporation.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,175.00 |
|---|---|---|---|

**Poca Valley Bank**
5087 Elk River Road
Elkview, WV 25071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business credit cards**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,300.00 |
|---|---|---|---|

**Progressive Insurance**
6300 Wilson Mills Rd
Mayfield Village, OH 44143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.95 |
|---|---|---|---|

**Right Networks**
300 Innovative Way, Suite 2340
Nashua, NH 03062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.06 |
|---|---|---|---|

**Waste Management**
PO Box 13648
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Jett's Construction, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305.28 |
|---|---|---|---|

**Wix**
**100 Gansevoort Street**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 423.47 |
| 5b. Total claims from Part 2 | 5b. + $ | 554,953.37 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 555,376.84 |

Fill in this information to identify the case:

Debtor name      **Jett's Construction, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2**  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3**  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4**  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __**Jett's Construction, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF WEST VIRGINIA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Jett's Slip Repair & Contracting** | **1549 Grannies Crk Newton, WV 25266** | **Poca Valley Bank** | ☐ D _____  ☑ E/F  __3.13__  ☐ G _____ |

## United States Bankruptcy Court
### Southern District of West Virginia

In re   __Jett's Construction, LLC__

Debtor(s)

Case No. _____

Chapter   __7__

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS   (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | |
|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ _____ 0.00 |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | |
|---|---|
| 2. Gross Monthly Income | $ _____ 0.00 |

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ _____ 0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

| | |
|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ _____ 0.00 |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | |
|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ _____ 0.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Jett's Construction, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................................   $     409,365.23

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................   $     409,365.23

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $     504,905.08

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................................   $     423.47

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$     554,953.37

4. **Total liabilities** ...................................................................................................................................
   Lines 2 + 3a + 3b                                                                          $     1,060,281.92

**Summary of Assets and Liabilities for Non-Individuals**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __Jett's Construction, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF WEST VIRGINIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From  1/01/2023 to 12/31/2023 | ■ Operating a business ☐ Other _____ | $1,171,531.94 |
   | **For year before that:** From  1/01/2022 to 12/31/2022 | ■ Operating a business ☐ Other _____ | $1,313,122.00 |
   | **For the fiscal year:** From  1/01/2021 to 12/31/2021 | ■ Operating a business ☐ Other _____ | $192,298.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Jett's Construction, LLC**                                Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Leaf**<br>1720A Crete Street<br>Moberly, MO 65270 | **Sany SW305 Wheel Loader** | 7/24 | $75,000.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Balboa Capital v. Jett's Construction and Robert Jett Jr.**<br>**8:24-cv-01127-PSG-RAO** | | **United States District Court CDCA**<br>**255 East Temple Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

## Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☐ None

Debtor   **Jett's Construction, LLC**                                    Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Randal Engle** | **2008 Chevrolet Pick-Up Truck** | **5/7/2024** | **$7,500.00** |
| | Recipients relationship to debtor<br>**Brother-in-law** | | | |
| 9.2. | **Robert Jett, Sr.** | **1997 GMC Pick-Up Truck** | **2/5/2024** | **$3,000.00** |
| | Recipients relationship to debtor<br>**Father** | | | |

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Pepper & Nason<br>8 Hale Street<br>Charleston, WV 25301** | **Office visit; obtain and review documents re: multiple creditors and assets; discuss lawsuit and motion received; contact CPA and discuss** | **5/24 and 6/24** | **$2,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Pepper & Nason<br>8 Hale Street<br>Charleston, WV 25301** | **Prepaid fee for Chapter 7 (includes filing fee)** | **7/6/24** | **$3,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**

Debtor   **Jett's Construction, LLC** _____   Case number *(if known)* _____

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Jett's Construction, LLC**                                Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Poca Valley Bank**<br>**1 Black Walnut Avenue**<br>**Spencer, WV 25276** | **XXXX-8554** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/15/2024** | **$354.00** |
| 18.2. | **Poca Valley Bank**<br>**1 Black Walnut Avenue**<br>**Spencer, WV 25276** | **XXXX-8476** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/17/2024** | **$22,108.36** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor    **Jett's Construction, LLC**                                    Case number *(if known)*

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ☑ No.
  ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ☑ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ☑ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

  ☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **Jett's Wood Products 3422 Amma Road Amma, WV 25005-9540** | **was d/b/a for debtor; defunct** | **Dates business existed** EIN: From-To |
| 25.2. | **Jett's Feed & Hardware 3422 Amma Road Amma, WV 25005-9540** | **was d/b/a for debtor; defunct** | EIN: From-To |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

  ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Gray Griffith and Mays AC 707 Virginia St E. Suite 400 Charleston, WV 25301** | **1/2016 to present** |
| 26a.2. | **Audrey Engle 3947 Amma Road Amma, WV 25005** | **12/2017 to present** |

Debtor    **Jett's Construction, LLC**                                    Case number *(if known)* _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Gray Griffith and Mays AC**<br>**707 Virginia St E**<br>**Suite 400**<br>**Charleston, WV 25301** | |
| 26c.2.   **Audrey Engle**<br>**3947 Amma Road**<br>**Amma, WV 25005** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **Poca Valley Bank**
**1 Black Walnut Avenue**
**Spencer, WV 25276**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **Jett's Construction, LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Robert Jett Jr.**<br>**1549 Grannies Crk**<br>**Newton, WV 25266** | $37,800.00 | **7/1/23 to 7/1/24, see attached** | **Compensation for services rendered** |
| | Relationship to debtor | | | |

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8-5-24

_____
Signature of individual signing on behalf of the debtor

**Robert Jett, Jr.**
Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☒ No
☐ Yes

## Robert's JC owner draws 7/1/23 to 7/12/24

| DATE | WHO | AMOUNT |
|---|---|---|
| 10/6/23 | Robert | 1,000 |
| 10/13/23 | | 1,000 |
| 10/20/23 | | 1,000 |
| 10/27/23 | | 1,000 |
| 12/18/23 | | 2,000 |
| 12/29/23 | | 2,000 |
| 1/19/24 | ?? JC company check paid for personal 2003 Chevy | 13,000 |
| 1/29/24 | | 1,500 |
| 2/27/24 | | 1,500 |
| 3/12/24 | | 1,500 |
| 3/27/24 | | 1,500 |
| 4/5/24 | | 1,000 |
| 4/26/24 | | 1,000 |
| 5/13/24 | | 500 |
| 5/21/24 | | 1,000 |
| 6/7/24 | | 1,300 |
| 6/14/24 | | 1,300 |
| 6/21/24 | | 1,300 |
| 6/28/24 | | 1,000 |
| 7/5/24 | | 900 |
| 7/12/24 | | 1,500 |
| | | |
| **SUBTOTAL** | w/o 2003 Chevy 1/19/24 | **24,800** |
| | | |
| **TOTAL** | w/ 2003 Chevy 1/19/24 | **37,800** |

SOFA # 30

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of West Virginia

In re __Jett's Construction, LLC_____    Case No. _____

_____    Chapter    __7_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................    $    _____2,662.00__

    Prior to the filing of this statement I have received ....................    $    _____2,662.00__

    Balance Due .................................................................................    $    _____0.00__

2.    $__338.00___ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ☑ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

      ☑ Debtor        ☐ Other (specify):

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
          reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
          522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
      any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__8/ 5/ 2024_____        _____
Date                                     **Emmett Pepper**
                                         *Signature of Attorney*
                                         **Pepper and Nason**
                                         **8 Hale St**
                                         **Charleston, WV 25301**
                                         **304-346-0361  Fax:  304-346-1054**
                                         **ryand@peppernason.com**
                                         *Name of law firm*

Adobe Systems Inc
345 Park Ave
San Jose, CA 95110


AEP
PO Box 2021
Roanoke, VA 24022


Auto Now Acceptance Co. LLC
dba Glockner Finance
PO Box 1308
Portsmouth, OH 45662


Balboa Capital Corporation
575 Anton Blvd 12th Floor
Costa Mesa, CA 92626


Clay Roane PSD
1100 Elkhurst Rd
Procious, WV 25164


First Insurance
400 Skokie Blvd Ste 1000
Northbrook, IL 60062


Frontier
PO Box 20550
Rochester, NY 14602-0550


Intuit Payment Solutions
1835A South Centre City Pkwy Ste 402
Escondido, CA 92025


JA Health Insurance Services
180 Grand Avenue, Suite 1530
Oakland, CA 94612


Jett's Slip Repair & Contracting
1549 Grannies Crk
Newton, WV 25266


Kubota Credit Corporation, U.S.A.
PO Box 0559
Carol Stream, IL 60132-0559

Leaf
1720A Crete Street
Moberly, MO 65270


Liberty Mutual
PO Box 9502
Dover, NH 03821


Mountaineer Gas Company
PO Box 5656
Charleston, WV 25361


Poca Valley Bank
1 Black Walnut Avenue
Spencer, WV 25276


Poca Valley Bank
5087 Elk River Road
Elkview, WV 25071


Progressive Insurance
6300 Wilson Mills Rd
Mayfield Village, OH 44143


Right Networks
300 Innovative Way, Suite 2340
Nashua, NH 03062


Roane County Sheriff's Department
200 Main Street
Spencer, WV 25276


Salisan Lee LLP
550 South Hope St.
Ste. 750
Los Angeles, CA 90071-2627


Waste Management
PO Box 13648
Philadelphia, PA 19101


Wix
100 Gansevoort Street
New York, NY 10014

**United States Bankruptcy Court**
**Southern District of West Virginia**

In re   **Jett's Construction, LLC**_____      Case No.  _____
                                      Debtor(s)              Chapter   **7**_____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  *8-5-24*_____      _____
                                     **Robert Jett, Jr./Manager**
                                     Signer/Title